# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:04-CR-544 CAS |
| | ) | |
| KEITH ANTHONY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Although defendant was represented by retained counsel in the past, the information contained in the previous presentence report, coupled with the fact that defendant has been incarcerated for several years, establishes that he is financially unable to retain private counsel, is in need of counsel, and is entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A). Accordingly,

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender for this district is appointed to represent defendant in this matter, in accordance with the Administrative Order of this Court dated January 15, 2008.

**IT IS FURTHER ORDERED** that defense counsel shall inform the Court in writing, by February 29, 2008, whether counsel expects to file an amended motion under 18 U.S.C. § 3582.

                                                   **CHARLES A. SHAW**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated this __19th__ day of February, 2008.